990 A.2d 1147

**William GILLARD, Respondent**

v.

**AIG INSURANCE COMPANY and AIG and the Insurance Company of the State of Pennsylvania and Key Auto Insurance Plan and AIG Claims Services, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of March, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issues, paraphrased for clarity, are:

a. Whether the attorney-client privilege applies to communications from the attorney to the client.

b. Whether the Superior Court erred in holding the attorney-client privilege applies only to confidential communications from the client to the attorney, pursuant to *Nationwide Mutual Insurance Company v. Fleming,* 924 A.2d 1259 (Pa.Super.2007).